IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DANIEL ALLEN BLUNT,**<br><br>                              Petitioner,<br><br>   v.<br><br>**JAMES YATES, Warden,**<br><br>                              Respondent. | 1:06-cv-00463-OWW-TAG HC<br><br>**ORDER GRANTING RESPONDENT'S MOTION FOR EXTENSION OF TIME (Doc. 12)** |

      Petitioner is a state prisoner proceeding pro se on a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner filed his petition on April 6, 2006. (Doc. 1).  On November 21, 2007, the Court ordered Respondent to file a response. (Doc. 9).  On February 13, 2006, Respondent filed the instant motion requesting an enlargement of time within which to file his response. (Doc. 12).  As grounds therefore, Respondent contends that the press of work and the complexity and number of issues raised by Petitioner has prevented him from complying with the Court's original schedule.

  Good cause appearing therefor, IT IS HEREBY ORDERED that Respondent's motion for enlargement of time (Doc. 12), is GRANTED.  The time for filing Respondent's responsive pleading is extended through and including March 27, 2008.

IT IS SO ORDERED.

Dated:   **February 22, 2008**                      **/s/ Theresa A. Goldner**
                                                      UNITED STATES MAGISTRATE JUDGE