IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL ALLEN BLUNT, | 1:06-cv-00463-TAG (HC) |
| Petitioner, | ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME TO FILE TRAVERSE |
| vs. | |
| JAMES YATES, et al, | (Doc. 19) |
| Respondents. | DEADLINE: May 27, 2008 |
| _____/ | |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On April 28, 2008, petitioner filed a motion to extend time to file a traverse. (Doc. 19).

Good cause having been presented to the Court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

1. Petitioner shall have to and including May 27, 2008 in which to file and serve a traverse.

IT IS SO ORDERED.

Dated: **May 13, 2008**              /s/ Theresa A. Goldner
                                                    UNITED STATES MAGISTRATE JUDGE